10

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## UNITED STATES DISTRICT COURT
### for the

)
)
)
)
)

Sergey Medvedev
_Petitioner_

v.

Warden, FCI Milan;
DHS/ERO Detroit Field Office;
U.S. Attorney-General
_Respondent_
)
)
)
)
)
*(name of warden or authorized person having custody of petitioner)*

**RECEIVED**
APR -4 2025
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

Case: 5:25-cv-11048
Assigned To : Levy, Judith E.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 4/4/2025
Description: HC SERGEY MEDVEDEV V
WARDEN (SS)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
#### Personal Information

1.    (a) Your full name: Sergei Medvedev
      (b) Other names you have used: Sergey Medvedev, Sergi Medvedev

2.    Place of confinement:
      (a) Name of institution: F.C.I. Milan
      (b) Address: P.O Box 1000
          Milan, MI, 48160
      (c) Your identification number: 54681-043

3.    Are you currently being held on orders by:
      ☑ Federal authorities      ☐ State authorities      ☐ Other - explain:

4.    Are you currently:

      ☐ A pretrial detainee (waiting for trial on criminal charges)

      ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

      If you are currently serving a sentence, provide:
          (a) Name and location of court that sentenced you: U.S. District Court of Nevada,
      Lloyd D. George U.S. Courthouse, Las Vegas, NV
          (b) Docket number of criminal case: 2:17-cr-00306-JCM-VCF
          (c) Date of sentencing: 03/19/2021

      ☐ Being held on an immigration charge

      ☐ Other *(explain)*: _____

#### Decision or Action You Are Challenging

5.    What are you challenging in this petition:

      ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other *(explain):* The issuance of Notice and Order of Expedited Removal (NOER)

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: The Department of Homeland Security, ERO Field Office, Detroit, MI, 48226

(b) Docket number, case number, or opinion number: Event No. DET2501000639 File No: 213 114 798

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Issuance of NOER pursuant to section 235 (b)(1) of the Immigration and Nationality Act (8 U.S.C. 1225(b)(1))

(d) Date of the decision or action: 21 February 2025

### Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: There is no remedies available for challenging orders of expedited removal under section 235 INA

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____
_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a second appeal: *There is no remedies available*

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes      ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____
_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: *There is no remedies available.*

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes      ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: *21st February 2025*

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____
_____

(d)   Did you appeal the decision to the United States Court of Appeals?
☐ Yes                    ☑ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes                    ☐ No

If "Yes," provide:
(a) Kind of petition, motion, or application: A _letter to the deportation officer Armstrong_
(b) Name of the authority, agency, or court: _Department of Homeland Security,_
_ERO Detroit Field Office._
(c) Date of filing: _3/3/2025_
(d) Docket number, case number, or opinion number: _n/a_
(e) Result: _____
(f) Date of result: _____
(g) Issues raised:
_- The order of removal under 8 U.S.C. §1225 (b)(1) is inapplicable to Sergey_
_Medvedev, because he was paroled into the United States with proper_
_valid documentation._
_- Sergey Medvedev was not inspected by an officer prior the issuance of the_
_order and did not have an opportunity to express fear of return._

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Sergey Medvedev lawfully entered the United States.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Sergey Medvedev was paroled into the United States on or about March 9, 2018 and had been in the United States since then.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes     ☐ No

**GROUND TWO:** Sergey Medvedev had a valid unexpired passport when he entered the United States.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Sergey Medvedev had a valid unexpired passport in 2018. The passport expired later, about 3 years after he entered the United States.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes     ☐ No

**GROUND THREE:** Sergey Medvedev did not have an opportunity to express fear of returning to Russia, which would have stopped any removal proceedings.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The NOFR was issued on February 21, 2025. The immigration officer, J Armstrong, served the order to Sergey Medvedev on February 26, 2025, and only interviewed him afterwards.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes     ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: _The NOER is not a valid expedited removal order under 8 U.S.C. §1225 (b)(1)_

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The NOER under 8 U.S.C. §1225 (b)(1)(A)(i) or (iii) is inapplicable to Sergey Medvedev, because he is not an "arriving" noncitizen under subsection (i), or another type of removable noncitizen who may be subject to expedited removal under subsection (iii)

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes            ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do:
To rescind/terminate the order of expedited removal.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

March 26, 2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: March 10, 2025

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Page 9 of 9

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the instant motion pursuat to 28 U.S.C.§2241 (Habeas Corpus) was sent to the clerk office of the United States District Court for the Eastern District of Michigan, Southern Division in a properly-addresed envelop with First -class duly paid stamps affixed. This said motion was sent via the FCI Milan Prison Mailing system. It is therefore requested that this motion be sent to the parties involved in the matter before this honorable court.

Date:                                    By: _____

                                         Sergey Medvedev
                                         #54681-048
                                         FCI Milan
                                         P.O. Box 1000
                                         Milan, Michigan 48160



Sergey Medvedev
54681-048
FCI Milan
P.O. Box 1000
Milan, MI, 48160

9589 0710 5270 0756 3342 65

CERTIFIED MAIL

RECEIVED
APR 11 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

TO: U.S. District Court for the
Eastern District of Michigan
Southern Division
200 East Liberty Str.
Rn #120
Ann Arbor, MI
48104

48104

U.S. POSTAGE PAID
FCM LG ENV
MILAN, MI 48160
MAR 27, 2025
$0.00
S2324P505163-46

RDC 99
48104

Retail