# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Sergey Medvedev,

                Petitioner,      Case No. 25-11048

v.                                   Judith E. Levy
                                   United States District Judge

Eric Rardin,
Warden, Federal Correctional    Mag. Judge Curtis Ivy, Jr.
Institution, Milan, Michigan,
Bureau Of Immigration And
Customs Enforcement,
Detroit Field Office,
U.S. Attorney General,
*et. al.*,

                Respondents.

_____/

# ORDER REQUIRING RESPONSIVE PLEADING

Petitioner brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. The Court has reviewed the Petition and finds it is not appropriate for summary dismissal. **WHEREFORE**, it is hereby **ORDERED** that:

- The Clerk of the Court is directed to serve photocopies of the petition and this Order upon the United States Attorney via facsimile and first-class mail, and upon the Respondents via first-class mail. Respondents shall file a response to this petition, along

with relevant or supporting documentation, within three (3) days of the date of this Order. The Petitioner may file a reply brief, if desired, within three (3) days from the receipt of respondent's answer.

- To preserve the Court's jurisdiction over this matter, it is ordered that Petitioner's removal or deportation is hereby **STAYED** until further order of the Court. 28 U.S.C. § 1651. For good cause shown, the Government may move to vacate this stay.
- Once all briefing is completed, the Court will either set the matter for a hearing or inform that parties that it will issue a written decision based upon the submissions.

IT IS SO ORDERED.

Dated: April 21, 2025  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
  United States District Judge