UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sergey Medvedev,

                        Petitioner(s),

v.                                             Case No. 5:25−cv−11048−JEL−CI
                                                         Hon. Judith E. Levy

Warden FCI Milan,

                        Respondent(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

    The following motion(s) have been filed:

        Motion to Dismiss – #5

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy ***without*** oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are not required.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/W. Barkholz
                                                            Case Manager

Dated:   April 26, 2025